IN RE RESIGNATION OF BANKS.

[Cite as *In re Resignation of Banks* (2000), 88 Ohio St.3d 1204.]

(No. 99–2138—Submitted January 12, 2000—Decided January 25, 2000.)